| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Jonathan Schwalb, Esq.<br>Friedman Vartolo LLP<br>85 Broad Street, Suite 501<br>New York, New York 10004<br>Attorneys for SN Servicing Corporation as servicer for U.S. Bank N.A., as Trustee of the SCIG Series III Trust<br>P: (212) 471-5100<br>Bankruptcy@FriedmanVartolo.com<br><br>IN RE:<br><br>Peter Annicchiarico<br><br>Debtor(s) | Order Filed on November 30, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey<br><br>Case No. 16-13735<br><br>Hearing Date:<br><br>Judge: JOHN K. SHERWOOD<br><br>Chapter: 13 |

## CONSENT ORDER RESOLVING MOTION FOR RELIEF

The relief set forth on the following page numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: November 30, 2018**

_/s/ John K. Sherwood_
Honorable John K. Sherwood
United States Bankruptcy Court

| | |
|---|---|
| Applicant: | SN Servicing Corporation |
| Applicant's Counsel: | Friedman Vartolo LLP |
| Debtor's Counsel: | Bruce Levitt, Esq. |
| Property Involved("Collateral"): | 36 Clinton Street, Bloomfield, NJ 07003 |

Relief sought:
- ✓ Motion for relief from the automatic stay
- Motion to Dismiss
- Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

   - The Debtor is overdue for **7** months, from **April 1, 2018** to **October 1, 2018**.
   - The Debtor is overdue for **7** payments at **$2,605.31** per month.
   - Less Funds held in debtor(s) suspense **($1,574.00).**

   Total Arrearages Due **$16,663.17**

2. Debtor must cure all post-petition arrearages, as follows:

   - Beginning on **November 1, 2018**, regular monthly mortgage payments shall continue to be made in the amount of **$2,603.15.**
   - Beginning on **November 1, 2018**, Debtor must also make an additional monthly payment in the amount of **$2,777.20** for a period of six (6) months to cure the arrearages listed above.

In the event of Default:

If the Debtors fail to make the immediate payment specified above or fail to make regular monthly payments or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, Certification specifying the Debtors' failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and the Debtors' Attorney.

If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order from the Court.

3. Award of Attorney's Fees:

✓ The Applicant is awarded attorney's fees of $350.00, and costs of $181.00. The fees and costs are payable through the Chapter 13 plan.