**LEVITT & SLAFKES, P.C.**
**515 Valley Street**
**Suite 140**
**Maplewood, New Jersey 07040**
**Tel:(973) 313-1200**
**E-Mail: blevitt@lsbankruptcylaw.com**
**ATTORNEYS FOR DEBTOR**
**BY: Bruce H. Levitt, Esq. (BL9302)**

```
                    UNITED STATES BANKRUPTCY COURT
                        DISTRICT OF NEW JERSEY
In re:                            :
                                  :  CHAPTER 13
    PETER ANNICCHIARICO,          :
                                  :  Case No.: 16-13735
                                  :
                                  :  OPPOSITION TO CERTIFICATION
                                  :  OF DEFAULT
              Debtor.             :
                                  :
_____:
```

Peter Annicchiarico, by and through counsel, Levitt & Slafkes, P.C., in response to Certification of Default, says as follows:

1. The Debtor has secured funding from his retirement account to cure the default to the secured creditor.

2. The Debtor expects to cure the default no later than December 31, 2018.

3. Accordingly, it is respectfully requested that pending Certification of Default be denied.

                                              LEVITT & SLAFKES, P.C.
                                              Attorneys for Debtor

                                          By:/s/Bruce H. Levitt
                                              Bruce H. Levitt

Dated: December 28, 2018